**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 392 EAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
DERRICK T.T. WALKER, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 393 EAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
DERRICK T.T. WALKER, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 394 EAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
DERRICK T.T. WALKER, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 395 EAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :

                                                :

DERRICK T.T. WALKER, : 

                    Petitioner : 

## ORDER

**PER CURIAM**

      **AND NOW**, this 12th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.